MAGISTRATE JUDGE ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JARRAY ANTWON BROWN, ) <br> ) <br> Defendant. ) <br> ) | NO. 06-5035M <br><br> ORDER GRANTING STIPULATED <br> MOTION TO EXTEND INDICTMENT <br> DEADLINE |

Upon the stipulation of the parties to extend the indictment deadline and the waiver of right to speedy indictment executed by the defendant, the Court finds that such an extension would serve the ends of justice and outweighs the interests of the public and the defendant in a speedy indictment; now, therefore,

//
//
//
//
//
//

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

IT IS HEREBY ORDERED that the indictment deadline be extended to May 11, 2006. The period of delay resulting from this extension is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h).

DONE this 6th day of April, 2006.

*/s/ J. Kelley Arnold*
J. KELLEY ARNOLD
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/
MIRIAM F. SCHWARTZ
Attorney for Defendant

/s/
J. TATE LONDON
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE - 2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710